IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEPHAN HOMEWOOD,

    Plaintiff,

v.                                  CASE NO. 1:20-cv-244-MW-GRJ

ALACHUA COUNTY
SUPERVISOR OF ELECTIONS,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

    Plaintiff initiated this civil action by filing ECF No. 1, a *pro se* Complaint. The Complaint is deficient because Plaintiff failed to use the Court's form for *pro se* complaints. Pursuant to N.D. Fla. Local Rule 5.7(A), a *pro se* party must file a civil rights complaint on the Court's form. "The Court need not—and ordinarily will not—consider a . . . complaint that is not filed on the proper form." Further, Plaintiff failed to either pay the $400.00 filing fee ($350.00 fee plus $50 administrative fee) or file a motion for leave to proceed as a pauper. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]."

The Court ordered Plaintiff to file an amended complaint on the Court's form and either pay the filing fee or submit a motion for leave to proceed as a pauper on or before November 9, 2020.  ECF No. 3.  When Plaintiff failed to comply, the Court ordered him to show cause on or before November 23, 2020, as to why this case should not be dismissed for failure to prosecute.  ECF No. 4.  As of this date, Plaintiff has not responded to the show cause order.  The Court therefore concludes that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS**  this 1st day of December 2020.

s/ Gary R. Jones
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.